**George J. TAYLOR, Plaintiff–Appellant,**

v.

**Ronald HUTCHINSON; Attorney General for the State of Maryland, Defendants–Appellees.**

No. 01–6279.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.

George J. Taylor, pro se.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

George J. Taylor appeals the district court's order dismissing his motion, which the district court properly construed as a 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and order and find no reversible error. Accordingly, we deny Taylor's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Taylor v. Hutchin-*

*son,* No. CA–01–24–AW (D. Md. filed Jan. 17, 2001; entered Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*